IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

OCT 28 2024

LAURA A. AUSTIN, CLERK
BY: ABeeson
DEPUTY CLERK

Michael F Urbanski
District Judge
(Assigned by Clerk's Office)

Joel C. Hoppe
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24-CV-00377
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Zachary Montgomery Seymour
Plaintiff Name

108 15361
Inmate No.

v.

Southwest Virginia Reginal Jail - Haysi Virginia
Defendant Name & Address

Crystal Large - Nurse Practioner
Defendant Name & Address

Lynette Owens
Defendant Name & Address

Diane Yates
Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*******************************************************************************

A. **Where are you now?** Name *and* Address of Facility:

Southwest Virginia Reginal Jail Authority, Haysi Virginia. P.O. Box 535 Haysi VA 24256

B.  Where did this action take place?

<u>Southwest VA Regional Jail, Haysi 24256</u>

C.  Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes  ___ No

If your answer to A is Yes, answer the following:

1. Court: <u>U.S. District Court Western District "Roanoke"</u>
2. Case Number: <u>Civil Action No. 7:24-cv-00377</u>

D.  Have you filed any grievances regarding the facts of this complaint?

✓ Yes  ___ No

1. If your answer is Yes, indicate the result:

<u>Denied - said no Suboxen in my system</u>

2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

2024 On April 12th <u>I was arrested at my probationers office for failing a urine test. I came to the facility placed in a holding cell. On April 13th I was given another Urine-Test and was</u> "cont"

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

<u>On April 12th my wife brought my prescription of Suboxen to the Jail. The nurse LYNETTE gave me a drug test said I had no Suboxen in my system.</u> "con"

B. Where did this action take place?

Southwest VA Regional Jail, Haysi 24256

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes  ___ No

If your answer to A is Yes, answer the following:

1. Court: U.S. District Court Western District "Roanoke"
2. Case Number: Civil Action No. 7:24-cv-00377

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes  ___ No

1. If your answer is Yes, indicate the result:

Denied - said no Suboxen in my system

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

2024 On April 12th I was arrested at my Probationer's office for failing a Urine test. I came to the facility, placed in a holding cell. On April 13th I was given another Urine Test and was "Cont"

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

On April 12th my wife brought my Prescription of Suboxen to the Jail. The nurse LYNETTE gave me a drug test said I had no Suboxen in my system. Im assuming "cont"

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

*150,000 dollars from each defendant And Put immediatly back on my medication*

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: *Oct 23rd 2024*   SIGNATURE: *[signature]*

VERIFICATION:
I, *ZACHARY SEYMOUR*, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: *Oct 23rd 2024*   SIGNATURE: *[signature]*

Updated 5/2024

Civil Rights Act - 42 USC 1983 -

Civil Action No. 7:24-CV-00377

Claim 1 - Supporting Facts.

Continued - Was given a urine test By Nurse Lynette Owens and told I had no Suboxen in my system. Told By Nurse Lynette Owens. I could not continue my Suboxone treatment. That my doctor had me on Dr. STEVEN BAKER. The Urine test that locked me up will show I had Suboxone in my system. From the VIRGINIA Probation office. I begged Nurse LYNETTE OWENS To drug test me again to prove I had SUBOXONE in my System but Nurse LYNETTE OWENS And Nurse DIANE YATES Refused as my medical Request Shows, Exibit sick call / Medical - 19, 397, 971, Response you are being added to the providers list. We must triage as appropriate, please be patient and please do not ~~resped~~ resubmit the same requests and or grievances. I asked Personally Nurse LYNETTE OWENS To Drug test me, She Refused.

Claim 2 - Supporting Facts

Nurse LYNETTE OWENS told Nurse Practioner CRYSTAL LARGE That I had no Suboxone in my System. And Because of this out Right lie I was denied my Medication. This put me into immediate withdraw and pain. It made me suicidal and very depressed

Civil Rights Act 42-USC
1983.                    Civil Action NO.
                         7:24-CV-00377

Claim 2 supporting Facts..

Continued:- This Mat Program is Federally Funded and Paid for by the federal government. The Mat Program is Approved By Congress. Nurse LYNETTE OWENS Took me off my Medication that a doctor had me on. Nurse Lynette OWENS Has overstepped her ability as a Nurse by over riding a doctor. This I believe has violated my 8th and 14th amendments. I am trying desperatley to Prove that I was ~~and many others~~ violated. I was put into immediate with draws and made Suicidal by Nurse Lynette Owens Actions.

Zach Seymour 10815361
P.O. Box 535
Haysi VA. 24256

KNOXVILLE TN 377
24 OCT 2024 PM

**RECEIVED**
OCT 28 2024
USDC Clerk's Office
Mail Room

Clerks Office U.S. District Court
210 Franklin Road
SW, Suite 540
Roanoke VA. 24011-2208

24011-220999