5

# Medical Grievance - #19,383,414

| | | | |
|---|---|---|---|
| From: | Zachary Seymour (10815361; Race: W) | Date Submitted: | 04/15/2024 3:37 PM |
| Housing Area: | 8-A | Date Received: | 04/29/2024 3:24 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

### Request

im being denied my medication suboxen because of a field test i am clean and am requesting to be put on the mat program a field test is not reliable and can not be used in court per the supreme court im in withdraw and in pain from my back injuries this is cruel and unusual treatment please put me on the mat program so i can continue my treatment and recovery so i can be a productive member of society thank you

### Response by M. M902916 on 04/18/2024 at 11:07 AM

It is a 16 panel drug screen that is performed upon intake. The test showed that you were positive for methamphetamines and negative for suboxone. Per the regulations you do not qualify for the program.

### Appeal by the Inmates on 04/29/2024 at 2:53 PM

i came in with a valid prescription from a doctor and have taken 2 UA tests prior to coming in and had the suboxen in my system im asking you to check with savida and my probation officer since you say i did not have suboxen in my system. Also how can a nurse or nurse practioner take me off something a dr put me on this decision put me into immediate withdraw and in my oppinion a 8th ammendment violation . also ive broke my neck have 3 herniated discs and am very suseptable to relapse and overdose due to my pain please address and put me back on my medication and mat program that congress of the united states government approved thank you

### Appeal response by M. M1159 on 05/02/2024 at 9:58 AM

SWVRJA MEDICATION ASSISTED TREATMENT (MAT) FREQUENTLY ASKED QUESTIONS

1. What is the criteria for participation in the program?
Your release plan must include returning to your home community in the next 3 to 6 months. You cannot participate if you will be incarcerated in another jail after your sentence in SWVRJA or if you are going to prison.

2. What are the requirements of the program?
You must have a clinically significant problem with alcohol and/or opioids and be motivated for treatment and committed to staying substance free. You must be free from active substance use (of all substances). You must agree to participate in ongoing treatment following release from jail. The medical staff will collect lab work and drug screen urinalysis and schedule you with the healthcare provider to ensure you are medically capable of participating in the program.

3. What is the cost of the program?

# Sick Call/Medical - #19,397,971

| | | | |
|---|---|---|---|
| From: | Zachary Seymour (10815361; Race: W) | Date Submitted: | 04/16/2024 4:27 PM |
| Housing Area: | 8-A | Date Received: | 04/16/2024 5:19 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

please help me im in pain from the nerve damage from a car wreck and i was on suboxen when i came into the jail my dr steven baker at savida in Honaker will tell you this i take 2 pills a day im trying to continue my treatment now not only am i being accused of failing a piss test for meth but i am being told i didnt have suboxen in my system ive still got suboxen in my system now please give me another pee test im not dirty a field test is not always accurate how was i positive for meth but not for amphetimines this is not right please help me

### Response by M. M1325 on **04/16/2024** at **5:19 PM**

You are being added to the Heathcare Provider's list. We must triage as appropriate. Please be patient and please do not re-submit the same requests and/or grievances.

Printed on 05/01/2024 at 8:08 AM                                                                                           Page 1 of 1

## Sick Call/Medical - #19,381,640

| | | | |
|---|---|---|---|
| From: | Zachary Seymour (10815361; Race: W) | Date Submitted: | 04/15/2024 2:06 PM |
| Housing Area: | 8-A | Date Received: | 04/15/2024 2:47 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

i came in with a prescription for suboxen

### Response by M. M1764 on **04/15/2024** at **2:48 PM**

there was no suboxone in your system so the answer is no like the nurse has already told you



Virginia Department of Corrections

DOC Location: DISTRICT 43 Tazewell P&P
Report generated by Dye, K
Report run on 04/12/2024 at 02:14 PM

## Major Violation Report - Probation

**DISTRICT:** Tazewell P&P

**NAME:** Seymour, Zachary M                                      **DOC #** 1978114

**ORIGINAL CONVICTION PLACE:** Lee Circuit              **DATE OF CONVICTION:** 02/27/2024

**JUDGE:** McElyea, Tammy, S.

**SENTENCE(S) / OFFENSE(S):**

CR190F0022-05, Feb 27 2024, Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306}, 3 yrs 4 mos , 3 yrs 3 mos 23 days susp., Revoked -Original Sentence Dt 07/10/2019; 5 yrs Prob.; On Release

CR190F0022-06, Feb 27 2024, Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306}, 3 yrs 4 mos , 3 yrs 3 mos 23 days susp., Revoked -Original Sentence Dt 07/10/2019; 5 yrs Prob.; On Release

**SUPERVISION START DATE:** 02/27/2024   **MINIMUM EXPIRATION DATE:** 02/27/2029   **LEVEL OF SUPERVISION:** High

**CURRENT LOCATION:** SWVRJ - Haysi

### PLAN OF SUPERVISION:

Mr. Seymour appeared in the Lee Circuit Court on February 27, 2024. At that time, Mr. Seymour was sentenced to five (5) years supervised probation. Mr. Seymour's supervision plan was to abide by his conditions of probation.

### ADJUSTMENT TO SUPERVISION:

Mr. Seymour's adjustment to supervision has been unsatisfactory as noted in the violated conditions section of this report.

### VIOLATION DATA:

Condition: 08. I will not unlawfully use, possess or distribute controlled substances or related paraphernalia.

Violation Notes:
On March 15, 2024, Mr. Seymour provided a urine screen that was positive for amphetamines. This screen was confirmed positive. The following is the statement from the lab concerning the urine screen: Amphetamines DETECTED in confirmation test. Confirmed positive by GC/MS for Amphetamine at 517 ng/mL.
Confirmed positive by GC/MS for Methamphetamine at 1284 ng/mL
Negative by GC/MS for MDA, MDMA and MDEA
On April 12, 2024, Mr. Seymour provided a urine screen that was tested onsite. This urine screen was positive for buprenorphine, methamphetamine and THC. This screen has been sent to the lab for confirmation and is pending at this time.

Page 1 of 2